Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>Pacific Gateway LTD., LP<br>Defendant. | Case No:<br> 3:17-cv-0796-CAB<br><br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the above-entitled case settled. The parties anticipate memorializing the settlement and filing a stipulation of dismissal with prejudice in 30 days or less.

DATED this 10th day of May, 2017.

_____
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE